AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Carlos Martinez, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23 Civ. 1942 |
| Floor and Decor Outlets of America, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carlos Martinez on behalf of himself and all others similarly situated

Date: 03/14/2023

*Attorney's signature*

Gianfranco J. Cuadra, GC3633
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022

*Address*

cuadra@pechmanlaw.com
*E-mail address*

(212) 538-9500
*Telephone number*

(212) 409-8763
*FAX number*